**Opinion issued April 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-23-00796-CV

———————————

**CITY OF HOUSTON, THE CIVIL SERVICE COMMISSION FOR MUNICIPAL EMPLOYEES OF THE CITY OF HOUSTON AND TODD JOHNSON, Appellants**

**V.**

**UYLESS L. JONES, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-55907**

---

### MEMORANDUM OPINION

Appellants, City of Houston, the Civil Service Commission for Municipal Employees of the City of Houston, and Todd Johnson, filed a motion to dismiss this appeal stating that the parties have settled the dispute underlying the appeal.

Because the motion did not indicate whether appellee was opposed, the Court held the motion pursuant to Rule 10.3, but no response was filed. *See* Tex. R. App. P. 10.3(a).

Accordingly, the Court grants the motion and dismisses the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.